**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Robin Koon, Christopher Koon, and John Doe,
Defendants,

Of whom Robin Koon is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-001410

———————————

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

———————————

Unpublished Opinion No. 2022-UP-199
Submitted May 12, 2022 – Filed May 13, 2022

———————————

**AFFIRMED**

———————————

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Amanda Stiles, of South Carolina Department of Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, as the Guardian ad Litem.

––––––––––––––

**PER CURIAM:**  Robin Koon appeals the family court's final order.  *See* S.C. Code Ann. § 63-9-330 (2010).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Koon's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

––––––––––––––

[1] We decide this case without argument pursuant to Rule 215, SCACR.